September 19, 2017

VIA CERTIFIED MAIL AND RETURN
RECEIPT REQUESTED

MAACO Center M2140
Cipercen, LLC
3308 E. Pioneer Parkway
Arlington, Texas 76010
Attn: Jorge Cereijo and Andres Burzaco

7015 1730 0001 1918 9506

Cipercen, LLC
2300 Kathryn Lane, Apt. 3728
Plano, Texas 75025-6490
Attn: Jorge Cereijo and Andres Burzaco

7015 1730 0001 1918 9520

Re: **NOTICE OF TERMINATION; FRANCHISE AGREEMENT FOR MAACO CENTER M2140; 90 DAY LIMITED LICENSE**

Dear Cipercen, LLC, Jorge Cereijo and Andres Burzaco:

On July 20, 2017, the Legal Department for MAACO Franchising, LLC, as successor in interest to MAACO Enterprises, Inc. ("MAACO") notified you of your defaults under the terms of that certain Franchise Agreement, dated October 1, 2014, between you and MAACO ("Franchise Agreement"), pursuant to which you have a license to operate MAACO Center M2140 located at 308 E. Pioneer Parkway, Arlington, Texas 76010 (the "Center"). This Notice of Default concerned your failure to (i) remit to MAACO weekly payment of your continuing royalty fees, (ii) remit to MAACO your weekly advertising contribution and (iii) remit to MAACO payment for any and all outstanding invoices for paint and supply purchases, in each case pursuant to the terms of the Franchise Agreement. The July 20, 2017 Notice of Default (the "NOD") is attached for your reference.

The thirty (30)-day cure period set forth in the NOD has expired and the defaults specified in the NOD remain uncured. Therefore, in accordance with the terms of your Franchise Agreement, MAACO elects to terminate the Franchise Agreement and your license to operate the Center **effective September 19, 2017** ("Date of Termination"), the date this notice is being mailed to you.

Accordingly, you must comply with the post-termination obligations of franchisee set forth in the Franchise Agreement. Further, please be advised that, upon the Date of Termination, pursuant to the terms of the Franchise Agreement you are prohibited, for a period of one (1) year after said date from diverting or attempting to divert any business or customer of the business to any competitor; employing or seeking to employ any person who is at the time employed by MAACO or by any other MAACO franchisee, or otherwise directly or indirectly induce such person to leave his or her employment, unless written approval from such person's employer has been obtained; and owning,

maintaining, engaging in, being employed by, financing, assisting or having any interest in any business providing, in whole or in part, motor vehicle painting or body repair services or products at the premises of your center or "within a radius of ten (10) miles of the center or within a ten (10) mile radius of any existing or proposed MAACO location" (the "Non-Compete Provision").

You are further notified, pursuant to the Franchise Agreement, that you are required at the effective date and time of termination, or upon final disposition in favor of MAACO of any claim or suit brought in connection with the said Franchise Agreement, to pay all costs incurred by MAACO in collecting any continuing license fees or advertising contributions owed under said Franchise Agreement, and enforcing said Agreement, including but not limited to the costs of all telephone calls, telegrams, travel, correspondence, attorney's fees, and court costs. If you have not complied with the items referred to in your Franchise Agreement or the items listed in this Notice of Termination, then MAACO will seek the judicial remedies available to it.

This Notice of Termination is made without waiver of or prejudice to any other rights or remedies which MAACO may have by virtue of its Franchise Agreement or by law or in equity.

### 90-Day Limited License for Purposes of Resale

**PLEASE NOTE** that, notwithstanding the termination of your Franchise Agreement, MAACO hereby grants you a limited, revocable license to continue using the MAACO trademarks and proprietary business system at the Center, as was permitted immediately prior to termination of the Franchise Agreement, for a period of no longer than ninety (90) days from the Date of Termination solely to permit the lawful transfer of the business to a third party on or before **Tuesday, December 18, 2017** ("Closure Date"), which third party must be willing to enter into a new franchise agreement with MAACO; provided, that, that any proceeds from the transfer of the business will be applied first to the accounts receivable balance owed to MAACO. On or before the Closure Date, you will be required to wind down your operation of the Center and to meet your obligations to discontinue the use of all MAACO trademarks and intellectual property (the "Wind-Down Period"). Your use of MAACO's trademarks and proprietary system during the Wind-Down Period must conform to MAACO's quality standards as were previously in existence immediately prior to termination of the Franchise Agreement. During this Wind-Down Period, the Franchise Agreement will remain fully and finally terminated and may not be reinstated.

This limited revocable license may not be assigned by you, and is for the sole purpose of accommodating a sale of the business. This limited license does not provide you with any rights of a franchisee, and shall not be misconstrued as any estoppel, laches, or waiver of MAACO's rights or its termination of the Franchise Agreement. As consideration for this limited revocable license, you shall be required to (a) make all payments and perform all obligations to MAACO as would be required under the Franchise Agreement, and (b) pay to MAACO, on a weekly basis, an amount equal to $500, to be applied towards your Center's outstanding AR balance (the foregoing (a) and (b), together, the "Obligations") had they not been terminated by this Notice of Termination. MAACO shall have the unilateral right to revoke the license at any time in MAACO's sole and absolute discretion during the Wind-Down Period, and the license shall be revoked in the event you

fail to fully and timely meet the Obligations. You must cease operation of the Center by the end of the Wind-Down Period.

For the avoidance of doubt, during the Wind-Down Period, your obligation to comply with the Non-Compete Provision shall be tolled.

If you have any questions regarding this matter, please contact Thomas Higham in the Legal Department at (704) 644-8859 or thomas.higham@drivenbrands.com.

Sincerely,

*[signature]*

Jason Ryan
*President*



AUTO PAINTING | COLLISION REPAIR

July 20, 2017

**VIA CERTIFIED MAIL DELIVERY**
MAACO Center M2140
Cipercen, LLC
3308 E. Pioneer Parkway
Arlington, Texas 76010
Attn: Jorge Cereijo

7015 1520 0000 7795 3411

Cipercen, LLC
2300 Kathryn Lane, Apartment 3728
Plano, Texas 75025
Attn: Jorge Cereijo and Andres Burzaco

7015 1520 0000 7795 3404

Re: **Notice of Default; Franchise Agreement for MAACO Center M2140**

Dear Cipercen, LLC, Jorge Cereijo and Andres Burzaco:

You are hereby notified that you are in default and breach of the Franchise Agreement, dated October 1, 2014 made between you and MAACO Franchising, LLC, as successor in interest to MAACO Enterprises, Inc. ("MAACO") (the "Franchise Agreement") for the operation of MAACO Center M2140 located at 3308 E. Pioneer Parkway, Arlington, Texas 76010 (the "Center") by failing to comply with your obligations to MAACO thereunder. Specifically, you have failed to (i) remit to MAACO weekly payment of your continuing royalty fees, (ii) remit to MAACO your weekly advertising contribution and (iii) remit to MAACO payment for any and all outstanding invoices for paint and supply purchases, in each case pursuant to the terms of the Franchise Agreement. As of the date of this letter, such fees total **One Hundred Sixty-Two Thousand, Nine Hundred Forty and 43/100 Dollars ($162,940.43)** (the "Overdue Accounts Receivable"). Attached is the Consolidated Statement of Account.

MAACO considers your actions to be a breach of material provisions of the Franchise Agreement. In the event that you fail to pay the amounts due and cure your default within thirty (30) days of the date of this Notice of Default, MAACO shall have the right to terminate the Franchise Agreement and your franchise upon written notice of termination and to take any other actions as MAACO deems necessary or advisable. In the event that you fail to cure such defaults within the time allotted, MAACO reserves the right to seek the judicial remedies available to it under the terms of the Franchise Agreement and the law. Should the Franchise Agreement be terminated, MAACO intends to seek damages from you for any and all losses, costs, and expenses that MAACO has sustained and will sustain, including but not limited to damages for the revenues MAACO expected to receive over the remaining term of the Franchise Agreement, together with any legal expenses that it may incur in enforcing its rights under the Franchise Agreement on a full indemnity basis.

The grounds of default enumerated in this letter shall not constitute a waiver by MAACO as to the existence of other items of default, whether or not such additional defaults are presently known to MAACO. In addition, MAACO specifically reserves its right to seek and to recover all amounts owed by you to MAACO, other compensatory damages as well as attorneys' fees and costs to the extent provided for by the Franchise Agreement or applicable law.

Payment of the Overdue Accounts Receivable balance should be directed to Michael Murphy, Director of Collections, MAACO, 440 South Church Street, Suite 700, Charlotte, North Carolina 28202.

Sincerely,

Jason Ryan
*President*

## Consolidated Statement of Account

MAA Center # 12140  
3308 E. Pioneer Parkway  
Arlington, TX 76010 US  
817/385-3900

Cereijo & Burzaco

Jorge Cereijo  
9729984589  
jcereijotx@gmail.com

| Item Type | Invoice # | Invoice Date | Invoice Gross | Gross Due | Invoice Net |
|---|---|---|---|---|---|
| INV-Advertising | ADV-MA11422906 | 11/28/2015 | $1,249.92 | $235.11 | $235.11 |
| INV-Advertising | ADV-MA11428608 | 12/26/2015 | $1,249.92 | $999.68 | $999.68 |
| INV-Advertising | ADV-MA11429834 | 01/02/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11431414 | 01/09/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11432754 | 01/16/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11434092 | 01/23/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11435516 | 01/30/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11436924 | 02/06/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11438341 | 02/13/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11439746 | 02/20/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11441158 | 02/27/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11442563 | 03/05/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11443959 | 03/12/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11445368 | 03/19/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11446774 | 03/26/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11448180 | 04/02/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11449907 | 04/09/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11451004 | 04/16/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11452574 | 04/23/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11454158 | 04/30/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11455237 | 05/07/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11456641 | 05/14/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11458309 | 05/21/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11459759 | 05/28/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11461170 | 06/04/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11462706 | 06/11/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11463888 | 06/18/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11465587 | 06/25/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11466601 | 07/02/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11468420 | 07/09/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11468959 | 07/16/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11475273 | 08/13/2016 | $1,464.92 | $859.68 | $859.68 |
| INV-Advertising | ADV-MA11476568 | 08/20/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11477998 | 08/27/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11479421 | 09/03/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11481198 | 09/10/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11482318 | 09/17/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11492533 | 11/05/2016 | $1,464.92 | $1,464.92 | $1,464.92 |
| INV-Advertising | ADV-MA11496917 | 11/26/2016 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11506728 | 01/14/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11508135 | 01/21/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11512354 | 02/11/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11513769 | 02/18/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11516588 | 03/04/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11526427 | 04/22/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11527817 | 04/29/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11533364 | 05/27/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| INV-Advertising | ADV-MA11543033 | 07/15/2017 | $1,249.92 | $1,249.92 | $1,249.92 |
| | | | | **ADV Due:** | **60,920.87** |
| Franchise Fees | FFE-AF99634120 | 11/05/2016 | $1,158.68 | $766.66 | $766.66 |
| Franchise Fees | FFE-AF99643430 | 11/26/2016 | $1,019.46 | $1,019.46 | $1,019.46 |

Prepared: 7/19/2017

MAA Center # 12140

3308 E. Pioneer Parkway
Arlington, TX 76010 US

817/385-3900

Cereijo & Burzaco

Jorge Cereijo
9729984589
jcereijotx@gmail.com

| Item Type | Invoice # | Invoice Date | Invoice Gross | Gross Due | Invoice Net |
|---|---|---|---|---|---|
| INV-Franchise Fees | FFE-0000831446 | 12/13/2016 | $26,658.90 | $26,658.90 | $26,658.90 |
| Franchise Fees | FFE-AF99649689 | 12/24/2016 | $4,689.17 | $4,689.17 | $4,689.17 |
| Franchise Fees | FFE-AF99652502 | 01/07/2017 | $673.03 | $673.03 | $673.03 |
| Franchise Fees | FFE-AF99655344 | 01/14/2017 | $1,549.67 | $1,549.67 | $1,549.67 |
| Franchise Fees | FFE-AF99657389 | 01/21/2017 | $1,451.49 | $1,451.49 | $1,451.49 |
| Franchise Fees | FFE-AF99662249 | 02/11/2017 | $1,718.11 | $1,718.11 | $1,718.11 |
| Franchise Fees | FFE-AF99664115 | 02/18/2017 | $2,689.86 | $2,689.86 | $2,689.86 |
| Franchise Fees | FFE-AF99667517 | 03/04/2017 | $1,890.87 | $1,890.87 | $1,890.87 |
| Franchise Fees | FFE-AF99679367 | 04/22/2017 | $1,316.97 | $1,316.97 | $1,316.97 |
| Franchise Fees | FFE-AF99681178 | 04/29/2017 | $449.46 | $449.46 | $449.46 |
| Franchise Fees | FFE-AF99687812 | 05/27/2017 | $164.09 | $164.09 | $164.09 |
| Franchise Fees | FFE-AF99699169 | 07/15/2017 | $2,052.81 | $2,052.81 | $2,052.81 |
| | | | | FFE Due: | 47,090.55 |
| Unapplied Payment | OTH-CC2140 | 12/13/2016 | $(3,994.43) | $(1,067.20) | $(1,067.20) |
| INV-Other | OTH-217AUDX221 | 03/15/2017 | $414.93 | $414.93 | $414.93 |
| INV-Other | OTH-317AUT234 | 04/15/2017 | $414.93 | $414.93 | $414.93 |
| INV-Other | OTH-417AUT242 | 05/15/2017 | $414.93 | $414.93 | $414.93 |
| INV-Other | OTH-517AUT253 | 06/15/2017 | $414.93 | $414.93 | $414.93 |
| INV-Other | OTH-AX07172140 | 07/15/2017 | $414.93 | $414.93 | $414.93 |
| | | | | OTH Due: | 1,007.45 |
| INV-Paint and Supplies | SLS-0000759726 | 06/15/2016 | $763.81 | $224.93 | $224.93 |
| INV-Paint and Supplies | SLS-0000759706 | 06/15/2016 | $1,451.82 | $1,451.82 | $1,451.82 |
| INV-Paint and Supplies | SLS-0000765445 | 06/27/2016 | $990.77 | $990.77 | $990.77 |
| INV-Paint and Supplies | SLS-0000765474 | 06/27/2016 | $686.23 | $686.23 | $686.23 |
| INV-Paint and Supplies | SLS-0000765475 | 06/27/2016 | $45.00 | $25.23 | $25.23 |
| INV-Paint and Supplies | SLS-0000765476 | 06/27/2016 | $283.17 | $283.17 | $283.17 |
| INV-Paint and Supplies | SLS-0000765477 | 06/27/2016 | $98.21 | $98.21 | $98.21 |
| INV-Paint and Supplies | SLS-0000766662 | 06/30/2016 | $59.06 | $59.06 | $59.06 |
| INV-Paint and Supplies | SLS-0000768117 | 07/05/2016 | $194.55 | $194.55 | $194.55 |
| INV-Paint and Supplies | SLS-0000768295 | 07/06/2016 | $847.43 | $847.43 | $847.43 |
| INV-Paint and Supplies | SLS-0000768330 | 07/06/2016 | $929.45 | $929.45 | $929.45 |
| INV-Paint and Supplies | SLS-0000768346 | 07/06/2016 | $48.82 | $48.82 | $48.82 |
| INV-Paint and Supplies | SLS-0000768591 | 07/06/2016 | $91.80 | $91.80 | $91.80 |
| INV-Paint and Supplies | SLS-0000769667 | 07/07/2016 | $22.46 | $22.46 | $22.46 |
| INV-Paint and Supplies | SLS-0000769668 | 07/07/2016 | $171.50 | $171.50 | $171.50 |
| INV-Paint and Supplies | SLS-0000769654 | 07/07/2016 | $1,011.17 | $1,011.17 | $1,011.17 |
| INV-Paint and Supplies | SLS-0000771131 | 07/11/2016 | $1,402.58 | $1,402.58 | $1,402.58 |
| INV-Paint and Supplies | SLS-0000771132 | 07/11/2016 | $174.84 | $174.84 | $174.84 |
| INV-Paint and Supplies | SLS-0000771174 | 07/11/2016 | $465.67 | $465.67 | $465.67 |
| INV-Paint and Supplies | SLS-0000771191 | 07/11/2016 | $48.82 | $48.82 | $48.82 |
| INV-Paint and Supplies | SLS-0000771916 | 07/13/2016 | $225.01 | $225.01 | $225.01 |
| INV-Paint and Supplies | SLS-0000772976 | 07/15/2016 | $64.40 | $64.40 | $64.40 |
| INV-Paint and Supplies | SLS-0000774168 | 07/18/2016 | $1,253.54 | $1,253.54 | $1,253.54 |
| INV-Paint and Supplies | SLS-0000774171 | 07/18/2016 | $60.93 | $60.93 | $60.93 |
| INV-Paint and Supplies | SLS-0000774182 | 07/18/2016 | $1,283.62 | $1,283.62 | $1,283.62 |
| INV-Paint and Supplies | SLS-0000774192 | 07/18/2016 | $166.04 | $166.04 | $166.04 |
| INV-Paint and Supplies | SLS-0000774678 | 07/19/2016 | $965.27 | $965.27 | $965.27 |
| INV-Paint and Supplies | SLS-0000775680 | 07/21/2016 | $223.23 | $223.23 | $223.23 |
| INV-Paint and Supplies | SLS-0000775701 | 07/21/2016 | $3,731.53 | $3,731.53 | $3,731.53 |
| INV-Paint and Supplies | SLS-0000776908 | 07/25/2016 | $84.28 | $84.28 | $84.28 |
| INV-Paint and Supplies | SLS-0000776931 | 07/25/2016 | $43.29 | $43.29 | $43.29 |
| INV-Paint and Supplies | SLS-0000777003 | 07/25/2016 | $1,427.15 | $1,427.15 | $1,427.15 |
| INV-Paint and Supplies | SLS-0000777023 | 07/25/2016 | $523.94 | $523.94 | $523.94 |

MAA Center # 12140   Cereijo & Burzaco

3308 E. Pioneer Parkway
Arlington, TX 76010 US

817/385-3900

Jorge Cereijo
9729984589
jcereijotx@gmail.com

| Item Type | Invoice # | Invoice Date | Invoice Gross | Gross Due | Invoice Net |
|---|---|---|---|---|---|
| INV-Paint and Supplies | SLS-0000778191 | 07/28/2016 | $77.72 | $77.72 | $77.72 |
| INV-Paint and Supplies | SLS-0000778208 | 07/28/2016 | $55.53 | $55.53 | $55.53 |
| INV-Paint and Supplies | SLS-0000778209 | 07/28/2016 | $53.75 | $53.75 | $53.75 |
| INV-Paint and Supplies | SLS-0000778888 | 07/29/2016 | $15.25 | $15.25 | $15.25 |
| INV-Paint and Supplies | SLS-0000779033 | 07/29/2016 | $201.42 | $201.42 | $201.42 |
| INV-Paint and Supplies | SLS-0000779039 | 07/29/2016 | $175.68 | $175.68 | $175.68 |
| INV-Paint and Supplies | SLS-0000779579 | 08/01/2016 | $3,064.10 | $3,064.10 | $3,064.10 |
| INV-Paint and Supplies | SLS-0000779601 | 08/01/2016 | $414.89 | $414.89 | $414.89 |
| INV-Paint and Supplies | SLS-0000779602 | 08/01/2016 | $1,204.11 | $1,204.11 | $1,204.11 |
| INV-Paint and Supplies | SLS-0000779616 | 08/01/2016 | $47.10 | $47.10 | $47.10 |
| INV-Paint and Supplies | SLS-0000780651 | 08/03/2016 | $78.38 | $78.38 | $78.38 |
| INV-Paint and Supplies | SLS-0000780688 | 08/03/2016 | $98.21 | $98.21 | $98.21 |
| INV-Paint and Supplies | SLS-0000782203 | 08/05/2016 | $784.28 | $784.28 | $784.28 |
| INV-Paint and Supplies | SLS-0000782761 | 08/08/2016 | $1,536.97 | $1,536.97 | $1,536.97 |
| INV-Paint and Supplies | SLS-0000782786 | 08/08/2016 | $48.82 | $48.82 | $48.82 |
| INV-Paint and Supplies | SLS-0000782785 | 08/08/2016 | $512.14 | $512.14 | $512.14 |
| INV-Paint and Supplies | SLS-0000783630 | 08/10/2016 | $1,227.77 | $1,227.77 | $1,227.77 |
| INV-Paint and Supplies | SLS-0000783664 | 08/10/2016 | $135.49 | $135.49 | $135.49 |
| INV-Paint and Supplies | SLS-0000784304 | 08/12/2016 | $360.28 | $360.28 | $360.28 |
| INV-Paint and Supplies | SLS-0000784792 | 08/15/2016 | $385.50 | $385.50 | $385.50 |
| INV-Paint and Supplies | SLS-0000784814 | 08/15/2016 | $189.54 | $189.54 | $189.54 |
| INV-Paint and Supplies | SLS-0000785558 | 08/16/2016 | $1,780.62 | $1,780.62 | $1,780.62 |
| INV-Paint and Supplies | SLS-0000785581 | 08/16/2016 | $1,604.54 | $1,604.54 | $1,604.54 |
| INV-Paint and Supplies | SLS-0000786886 | 08/18/2016 | $190.29 | $190.29 | $190.29 |
| INV-Paint and Supplies | SLS-0000787187 | 08/18/2016 | $36.93 | $36.93 | $36.93 |
| INV-Paint and Supplies | SLS-0000786912 | 08/18/2016 | $194.25 | $194.25 | $194.25 |
| INV-Paint and Supplies | SLS-0000786931 | 08/18/2016 | $39.00 | $39.00 | $39.00 |
| INV-Paint and Supplies | SLS-0000786932 | 08/18/2016 | $159.32 | $159.32 | $159.32 |
| INV-Paint and Supplies | SLS-0000787152 | 08/18/2016 | $1,530.02 | $1,530.02 | $1,530.02 |
| INV-Paint and Supplies | SLS-0000787185 | 08/18/2016 | $2.98 | $2.98 | $2.98 |
| INV-Paint and Supplies | SLS-0000787186 | 08/18/2016 | $37.84 | $37.84 | $37.84 |
| INV-Paint and Supplies | SLS-0000787963 | 08/22/2016 | $35.00 | $35.00 | $35.00 |
| INV-Paint and Supplies | SLS-0000788393 | 08/23/2016 | $17.72 | $17.72 | $17.72 |
| INV-Paint and Supplies | SLS-0000788906 | 08/23/2016 | $570.70 | $570.70 | $570.70 |
| INV-Paint and Supplies | SLS-0000788930 | 08/23/2016 | $17.38 | $17.38 | $17.38 |
| INV-Paint and Supplies | SLS-0000788864 | 08/23/2016 | $1,045.70 | $1,045.70 | $1,045.70 |
| INV-Paint and Supplies | SLS-0000788880 | 08/23/2016 | $59.06 | $59.06 | $59.06 |
| INV-Paint and Supplies | SLS-0000788881 | 08/23/2016 | $244.48 | $244.48 | $244.48 |
| INV-Paint and Supplies | SLS-0000790249 | 08/29/2016 | $1,911.39 | $1,911.39 | $1,911.39 |
| INV-Paint and Supplies | SLS-0000790250 | 08/29/2016 | $121.35 | $121.35 | $121.35 |
| INV-Paint and Supplies | SLS-0000790297 | 08/29/2016 | $314.31 | $314.31 | $314.31 |
| INV-Paint and Supplies | SLS-0000790298 | 08/29/2016 | $5.32 | $5.32 | $5.32 |
| INV-Paint and Supplies | SLS-0000790299 | 08/29/2016 | $24.13 | $24.13 | $24.13 |
| INV-Paint and Supplies | SLS-0000790640 | 08/30/2016 | $19.44 | $19.44 | $19.44 |
| INV-Paint and Supplies | SLS-0000790641 | 08/30/2016 | $59.06 | $59.06 | $59.06 |
| INV-Paint and Supplies | SLS-0000790642 | 08/30/2016 | $58.32 | $58.32 | $58.32 |
| INV-Paint and Supplies | SLS-0000790675 | 08/30/2016 | $151.78 | $151.78 | $151.78 |
| INV-Paint and Supplies | SLS-0000790869 | 08/30/2016 | $27.22 | $27.22 | $27.22 |
| INV-Paint and Supplies | SLS-0000793405 | 09/06/2016 | $570.88 | $570.88 | $570.88 |
| INV-Paint and Supplies | SLS-0000812689 | 10/24/2016 | $106.64 | $106.64 | $106.64 |
| INV-Paint and Supplies | SLS-0000812720 | 10/24/2016 | $57.78 | $57.78 | $57.78 |
| INV-Paint and Supplies | SLS-0000812963 | 10/24/2016 | $1,562.25 | $1,562.25 | $1,562.25 |
| INV-Paint and Supplies | SLS-0000812964 | 10/24/2016 | $183.36 | $183.36 | $183.36 |
| INV-Paint and Supplies | SLS-0000813026 | 10/24/2016 | $98.21 | $98.21 | $98.21 |
| INV-Paint and Supplies | SLS-0000813838 | 10/26/2016 | $351.46 | $351.46 | $351.46 |

MAA Center # 12140  
3308 E. Pioneer Parkway  
Arlington, TX 76010 US  
817/385-3900

Cereijo & Burzaco

Jorge Cereijo  
9729984589  
jcereijotx@gmail.com

| Item Type | Invoice # | Invoice Date | Invoice Gross | Gross Due | Invoice Net |
|---|---|---|---|---|---|
| INV-Paint and Supplies | SLS-0000814578 | 10/27/2016 | $115.45 | $115.45 | $115.45 |
| INV-Paint and Supplies | SLS-0000814579 | 10/27/2016 | $71.60 | $71.60 | $71.60 |
| INV-Paint and Supplies | SLS-0000818965 | 11/08/2016 | $4,315.08 | $4,315.08 | $4,315.08 |
| INV-Paint and Supplies | SLS-0000823869 | 11/21/2016 | $1,632.86 | $1,632.86 | $1,632.86 |
| INV-Paint and Supplies | SLS-0000823901 | 11/21/2016 | $69.13 | $69.13 | $69.13 |
| INV-Paint and Supplies | SLS-0000823902 | 11/21/2016 | $504.61 | $504.61 | $504.61 |
| INV-Paint and Supplies | SLS-0000825277 | 11/28/2016 | $122.24 | $30.97 | $30.97 |
| INV-Paint and Supplies | SLS-0000825364 | 11/28/2016 | $175.43 | $175.43 | $175.43 |
| INV-Paint and Supplies | SLS-0000825859 | 11/29/2016 | $50.89 | $50.89 | $50.89 |
| INV-Paint and Supplies | SLS-0000827049 | 12/01/2016 | $30.73 | $30.73 | $30.73 |
| INV-Paint and Supplies | SLS-0000828164 | 12/05/2016 | $162.44 | $162.44 | $162.44 |
| INV-Paint and Supplies | SLS-0000828210 | 12/05/2016 | $131.61 | $131.61 | $131.61 |
| INV-Paint and Supplies | SLS-0000828730 | 12/05/2016 | $182.79 | $182.79 | $182.79 |
| INV-Paint and Supplies | SLS-0000828745 | 12/05/2016 | $889.64 | $889.64 | $889.64 |
| Credit Memo | SLS-0000829464 | 12/07/2016 | $(382.83) | $(382.83) | $(382.83) |
| Credit Memo | SLS-LKQOCT195 | 01/06/2017 | $(2.17) | $(2.17) | $(2.17) |
| Credit Memo | SLS-LKQNOV196 | 01/06/2017 | $(23.70) | $(23.70) | $(23.70) |
| INV-Paint and Supplies | SLS-0000843935 | 01/06/2017 | $104.02 | $104.02 | $104.02 |
| INV-Paint and Supplies | SLS-0000843988 | 01/06/2017 | $22.62 | $22.62 | $22.62 |
| INV-Paint and Supplies | SLS-0000846574 | 01/16/2017 | $32.10 | $32.10 | $32.10 |
| INV-Paint and Supplies | SLS-0000846896 | 01/16/2017 | $61.20 | $61.20 | $61.20 |
| INV-Paint and Supplies | SLS-0000848650 | 01/24/2017 | $114.66 | $114.66 | $114.66 |
| INV-Paint and Supplies | SLS-0000861932 | 02/06/2017 | $429.30 | $429.30 | $429.30 |
| INV-Paint and Supplies | SLS-0000861959 | 02/06/2017 | $223.45 | $223.45 | $223.45 |
| INV-Paint and Supplies | SLS-0000862633 | 02/07/2017 | $43.61 | $43.61 | $43.61 |
| INV-Paint and Supplies | SLS-0000864947 | 02/13/2017 | $480.83 | $480.83 | $480.83 |
| INV-Paint and Supplies | SLS-0000864977 | 02/13/2017 | $245.74 | $245.74 | $245.74 |
| INV-Paint and Supplies | SLS-0000866471 | 02/15/2017 | $784.00 | $784.00 | $784.00 |
| INV-Paint and Supplies | SLS-0000866438 | 02/15/2017 | $357.85 | $357.85 | $357.85 |
| Credit Memo | SLS-0000868970 | 02/20/2017 | $(12.02) | $(12.02) | $(12.02) |
| Credit Memo | SLS-LKQ1&Q237 | 07/14/2017 | $(56.73) | $(56.73) | $(56.73) |
| | | | | SLS Due: | 53,921.56 |
| Currency: USD | | | | Total Outstanding: | 162,940.43 |

Prepared: 7/19/2017