# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case Number 3:18-CV-00461-MOC-DCK

| | | |
|---|---|---|
| Maaco Franchisor SPV, LLC | ) | |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Cipercen, LLC et al | ) | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Jorge Cereijo.

IT APPEARING TO THE COURT that the named Jorge Cereijo, is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Jorge Cereijo.

October 12, 2018

Signed: October 12, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court