# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-461-MOC-DCK

| | |
|---|---|
| MAACO FRANCHISOR SPV, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CIPERCEN, LLC, A TEXAS LIMITED LIABILITY COMPANY, JORGE CEREIJO, INDIVIDUALLY, AND ANDRES BURZACO, INDIVIDUALLY, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by David L. Tkach, concerning Dennis D. Leone on December 5, 2018. Mr. Dennis D. Leone seeks to appear as counsel *pro hac vice* for Plaintiff Maaco Franchisor, SPV, LLC As Successor-In-Interest To Maaco Franchising, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED.** Mr. Dennis D. Leone is hereby admitted *pro hac vice* to represent Plaintiff Maaco Franchisor, SPV, LLC As Successor-In-Interest To Maaco Franchising, LLC.

**SO ORDERED**.

Signed: December 6, 2018

David C. Keesler
United States Magistrate Judge